FILED

OCT 1 2 2017

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JACOB L. OCHELTREE,  Defendant. | 17-po-5274-JTJ  VIOLATIONS:  6027686  6027687  Location Code: M13  ORDER |
|---|---|

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $500.00 and a $30.00 processing fee for VN 6027686 and $570.00 and a $30.00 processing fee for VN 6027687. The fines will be paid in full on or before October 12, 2017. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for October 12, 2017, is VACATED.

DATED this 12 day of October, 2017.

John Johnston
United States Magistrate Judge